NUMBER 13-03-668-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


ERNESTO SILVA, IN HIS INDIVIDUAL CAPACITY, Appellant,


v.



BONNIE EMERSON, Appellee.

____________________________________________________________________


On appeal from the 93rd District Court of Hidalgo County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Opinion Per Curiam


 Appellant, ERNESTO SILVA, IN HIS INDIVIDUAL CAPACITY, perfected an appeal from
an order entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-2123-01-B. After the record and briefs were filed and after the cause was submitted to the
Court, appellant filed a motion to dismiss the appeal. In the motion, appellant states that the
parties to this appeal have achieved a compromise and settlement of all claims contained
in this litigation. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's motion
to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Opinion delivered and filed this

the 17th day of June, 2004.